**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1255

LARRY ARDINGER,

Plaintiff - Appellant,

versus

WASHINGTON COUNTY, MARYLAND; WASHINGTON
COUNTY, MARYLAND, Board of County
Commissioners,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:05-cv-
01029-AMD)

Submitted: January 5, 2007          Decided: February 5, 2007

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. William Michaels, Baltimore, Maryland, for Appellant. Jonathan
R. Topazian, SEMMES, BOWEN & SEMMES, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Ardinger appeals the district court's order granting summary judgment in favor of Washington County, Maryland, and the Board of County Commissioners of Washington County, Maryland, on Ardinger's sexual harassment, gender discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ardinger v. Washington County, No. 1:05-cv-01029-AMD (D. Md. Jan. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED